**Barry WOODS, Plaintiff–Appellant,**

v.

**H. HUEBNER, Sergeant; et al., Defendants–Appellees.**

No. 01–16343.

D.C. No. CV–96–00736–FCD(GGH).

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 18, 2002.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

California state prisoner Barry Woods appeals pro se the district court's entry of judgment as a matter of law pursuant to Fed.R.Civ.P. 50(a). We have jurisdiction under 28 U.S.C. § 1291, and we dismiss the appeal for Woods' failure to comply with Fed. R.App. P. 10(b)(2).

Woods contends that the district court erred by granting defendants' motion for judgment as a matter of law. We are unable to consider Woods' contentions about judicial error because he failed to provide any portion of the trial transcript. *See* Fed. R.App. P. 10(b)(2); *Syncom Capital Corp. v. Wade*, 924 F.2d 167, 169–70 (9th Cir.1991) (per curiam). We therefore dismiss the appeal.

DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.